UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

BRIAN SMITH, *et al.*,

Defendants.

20 Cr. 236 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The conference scheduled for September 29, 2020, is hereby adjourned, as to Defendant Brian Smith, to the morning of October 5, 2020, at either 9:00 a.m. or 11:00 a.m., and will be confirmed with the parties the week before the conference is to occur. The Conference as to Defendant Shawn O'Faire is adjourned *sine die*.

SO ORDERED.

Dated: August 31, 2020
New York, New York

KATHERINE POLK FAILLA
United States District Judge