UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    -v.-<br><br>BRIAN SMITH,<br><br>                         Defendant. | 20 Cr. 236 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    The parties are directed to appear for a change of plea hearing on January 25, 2021, at 11:00 a.m.  The hearing shall take place by video. Instructions for accessing the videoconference will be shared in advance of the hearing, and the Court will confirm the date and time the week before the hearing.

    SO ORDERED.

Dated:   January 12, 2021
             New York, New York

                                                        KATHERINE POLK FAILLA
                                                        United States District Judge